

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00366-CV

Ana **GUERRA** and Miguel Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs and Monica Guerra,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-17589
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On August 17, 2020, we issued an order suspending all appellate deadlines in this case because the appellants had not paid the filing fee and their notice of appeal had not been served on the court reporter. Thereafter, the appellants paid the appellate filing fee and filed an amended notice of appeal stating there is no reporter's record. The clerk's record was filed on August 13, 2020. The suspension of appellate deadlines in this appeal is LIFTED. Appellants are ORDERED to file their brief on or before **November 11, 2020**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court